

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-12-00605-CV

Richard **KING**,
Appellant

v.

**DEUTSCHE BANK NATIONAL TRUST CO**., as Trustee for Asset-Backed Pass-Through
Certificates, Series 2004-W5,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2008-CI-20918
Honorable Martha Tanner, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. Costs of the appeal are taxed against appellant Richard King.

SIGNED July 24, 2013.

_____
Rebeca C. Martinez, Justice